run into 82 Madison Street? The issue raises important rights of privacy with respect to this Hispanic defendant.

*G. Douglas Nash*, public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided July 1, 1996

STATE OF CONNECTICUT *v.* GUILLERMO MARTINEZ

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 910 (AC 14647), is denied.

*Paula J. Waite* and *Richard S. Cramer*, in support of the petition.

*Michele C. Lukban*, deputy assistant state's attorney, in opposition.

Decided July 1, 1996